UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN COLEMAN,<br><br>    Plaintiff,<br><br>vs.<br><br>UNITED HOME LIFE INSURANCE COMPANY, and DOES 1-20, inclusive,<br><br>    Defendants. | Case No. 3:18-cv-00679-CRB<br><br>**[PROPOSED] ORDER GRANTING STIPULATION TO DISMISS ENTIRE ACTION WITH PREJUDICE**<br><br>Judge:   Hon. Charles R. Breyer |

Based upon the Stipulation of the Parties and for good cause shown, IT IS HEREBY ORDERED that this action, Case No. 3:18-cv-00679-CRB, is dismissed in its entirety as to all defendants, with prejudice.

IT IS HEREBY FURTHER ORDERED that each Party shall bear its own attorneys' fees and costs in this matter.

**IT IS SO ORDERED.**

Dated: __April 25__, 2018

_____
Hon. Charles R. Breyer
United States District Court Judge